**This order is SIGNED.**



**Dated: May 29, 2019**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

---

Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
Brian J. Porter, Bar Number 14291
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: brian@hwmlawfirm.com
File No: 33543

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>VIOLETA GAITAN<br><br>Debtor. | Bankruptcy Case No. 19-23154 RKM<br>Chapter 7<br><br>**ORDER TERMINATING AUTOMATIC STAY AS TO NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER** |

Based upon the Motion for Relief filed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Secured Creditor"), previously filed with the Court, failure of the Debtor to object to Secured Creditor's Motion, and good cause appearing, the Court does hereby,

ORDER AS FOLLOWS:

1. That the automatic stay with respect to the following described real property:

Lot 37, Vistawest Subdivision Plat B, according to the official plat

thereof on file and of record in the office of the Salt Lake County Recorder;
Commonly known as 9184 Judd Lane, a/k/a 9184 South Judd Lane, West Jordan, UT 84088;

be and is hereby modified and terminated as of the date hereof to permit Nationstar Mortgage LLC d/b/a Mr. Cooper and its successors and assigns to pursue its rights and remedies against the said property under applicable law.

2.      That Secured Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

3.      This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

END OF ORDER

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER TERMINATING AUTOMATIC STAY AS TO Nationstar Mortgage LLC d/b/a Mr. Cooper** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| | |
|---|---|
| Mary M. Hunt<br>Chapter 7 Trustee<br>hunttrustee@dorsey.com<br>hunt.peggy@dorsey.com<br>UT18@ecfcbis.com | United States Trustee<br>USTPRegion19.SK.ECF@usdoj.gov<br><br>Brian J. Porter<br>HALLIDAY, WATKINS & MANN, P.C.<br>Secured Party's Attorney<br>brian@hwmlawfirm.com |
| Laura Ferrin<br>Debtor's Attorney<br>laura@lauraferrinlaw.com<br>ecfnotices@outlook.com | |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Violeta Gaitan
4933 Morning Laurel Lane
West Jordan, UT 84081

                                              /s/ Brian J. Porter
                                              Brian J. Porter