# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re: **Violeta Gaitan**

Debtor(s).

Case No. **19-23154**
Chapter **7**
Trustee **Peggy Hunt**

## AMENDED MATRIX
**$31 Fee Required**
☐ IFP Waiver

File amended matrix with **ONLY** the amended creditors. File separate change of address form to change the debtor's address. Fee required except for change of address or adding attorney for listed creditor. Conversion? (13 to 7) ☐ Yes ☐ No.

It is the debtor's responsibility to notify additional creditors by sending a 341 notice and/or Discharge Order to the creditors added. A certificate of mailing should be filed with the Clerk's office (see below). **If adding more than eight (8) creditors, attach a scannable list to this cover sheet rather than beginning the list on this page. The scannable list needs to be in Courier 10 pitch, Prestige Elite or Letter Gothic fonts and contain no more than four (4) lines per creditor address.**

**Matrix:**  Adding ☐    Correcting ☑    Deleting ☐

Please type the creditors' address(es) changes/additions below:

1) Mr. Cooper
   Po Box 650783
   Dallas, TX 75265-0783

Replaces only this address for Mr. Cooper: 350 Highland, Houston, TX 77009-6623.

## CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing was mailed, postage prepaid, to the creditors added to this estate as follows (please mark the appropriate lines(s)):

☑ 341 Notice    ☑ Discharge Notice    ☐ Plan/Amended Plan

**April 12, 2020**
DATE

/s/ Laura Ferrin
**Laura Ferrin**
ATTORNEY FOR DEBTOR(S)